UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA CASSIDY,

       Plaintiff,

Case No. 1:16-CV-465

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant,
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.


Dated:    April 12, 2017               /s/ Paul L. Maloney
                                                           PAUL L. MALONEY
                                                           UNITED STATES DISTRICT JUDGE